IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-876-JLK**

**RAUL ALFREDO GARCIA-PEREZ,
JOSHUA DUGAN, and
BRIAN SMITH,**

        Plaintiffs,

v.

**THE UNITED STATES OF AMERICA**

        Defendant.

## ORDER OF TRANSFER

Kane, J.

In the interest of judicial economy and with the consent of Chief Judge Daniel and the concurrence of Senior Judge Richard P. Matsch, this case is TRANSFERRED to Senior Judge Richard P. Matsch.

Dated:  April 18, 2012

        BY THE COURT:

        *s/John L. Kane*
        John L. Kane, Senior Judge
        United States District Court