IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00876-RPM

RAUL ALFREDO GARCIA-PEREZ and
JOSHUA DUGAN,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

## ORDER FOR REMAND

The Defendant proposes a voluntary remand for the purpose of reconsidering its decisions in light of guidance provided by this Court's order dated December 13, 2013, in the related action, *Kevin Stringer et al. v. United States of America*, Civil Action No. 11-cv-02584-RPM. Upon consideration of that request, it is

ORDERED that the administrative decisions denying TSGLI benefits for Plaintiffs Raul Alfredo Garcia-Perez and Joshua Dugan are vacated and these matters are remanded to the United States Army for further consideration.

Dated: January 22, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge