IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00876-RPM

RAUL ALFREDO GARCIA-PEREZ and
JOSHUA DUGAN,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

## JUDGMENT

Pursuant to the Order of Remand entered today by Senior District Judge Richard P. Matsch, it is

ORDERED AND ADJUDGED that the decisions denying the applications for benefits under TSGLI for Plaintiffs Raul Alfredo Garcia-Perez and Joshua Dugan are vacated and these matters are remanded to the United States Army.

DATED: January 22, 2014

                                FOR THE COURT:

                                JEFFREY P. COLWELL, CLERK

                                      s/M. V. Wentz
                              By_____
                                  Deputy

Approved:

s/Richard P. Matsch
_____
Richard P. Matsch
Senior Judge