IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-00876-RPM

RAUL ALFREDO GARCIA-PEREZ and
JOSHUA DUGAN,

      Plaintiffs,

v.

THE UNITED STATES OF AMERICA,

      Defendant.

---

## JUDGMENT FOR ATTORNEY'S FEES

---

Pursuant to the Order Awarding Attorney's Fees entered July 17, 2014, by Senior District Judge Richard P. Matsch in *Kevin Stringer et al. v. United States of America,* Civil Action No. 11-cv-02584-RPM, it is

ORDERED that Judgment is entered in the amount of $5,000 in favor of Plaintiff Raul Alfredo Garcia-Perez for his attorney's fees in this action, and it is

FURTHER ORDERED that Judgment is entered in the amount of $5,000 in favor of Plaintiff Joshua Dugan for his attorney's fees in this action.

DATED:  July 17, 2014

                              FOR THE COURT:

                              JEFFREY P. COLWELL, CLERK

                                 s/M. V. Wentz
                            By_____
                                 Deputy